Department of Homeland Security
2675 Prosperity Avenue
Fairfax, VA 20598-2400

**U.S. Citizenship
and Immigration
Services**

Hasler
07/09/2025
US POSTAGE $000.69⁰

FIRST-CLASS MAIL
IMI

ZIP 20743
011E11520056

Barry Alan Schneiderman
4010 University Dr   Suite 103
Fairfax, VA 22030

22030$6805 C004