**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| COMFORT AMO AGYAPONG<br><br>*Plaintiff*,<br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,<br>*Defendants*.. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 1:26-cv-01685 (LMB/WBP) |

**ORDER**

Upon consideration of Federal Defendants' Motion for Enlargement of Time, the motion is GRANTED, and it is hereby

ORDERED that Federal Respondents shall file their answer on or by September 16, 2026.

IT IS SO ORDERED.

Dated: August 14, 2026

/s/ LMB
Leonie M. Brinkema
United States District Judge